*JACQUELINE M. JAMES, ESQ.*

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601



T: (914) 358 6423
F: (914) 358 6424
jjameslaw@optonline.net
jacquelinejameslaw.com

**SO ORDERED**

The conference is scheduled for September 8, 2015 at 9:30 a.m. in both cases 15cv561 and 15cv3134

*/s/ George B Daniels*
George B. Daniels, U.S.D.J.

Dated: JUL 2 0 2015

July 6, 2015

Via Fax: (212) 805-6737
Honorable George B. Daniels
The United States District Court
Courtroom 11A
500 Pearl Street
New York, New York
10007

**Re: Malibu Media LLc., v. John Doe; Case Number: 15-cv-0561 GBD Internal Reference 76 and 15-cv-3134**

Dear Honorable Judge Daniels:

We represent Plaintiff Malibu Media LLC., in the above referenced cases filed against John Doe defendants.

We write to inform the Court that in 15-cv-0561 the summons for the amended complaint was issues today (D.E. #19) and Plaintiff's counsel sent it out for service today on July 6, 2015 after business hours. Presently service is to be completed by July 9, 2015 and Plaintiff is will try to complete service in two business days but requests an additional 30 days to complete service.

We further write to inform the Court that the response to the subpoena in 15-cv-3134 is presently due on July 28, 2015 from Time Warner. Time Warner may take some extra time and Plaintiff has been informed by Time Warner it is its policy to turn over names only once every month after its monthly look up invoice is paid and verified. Plaintiff's counsel is very diligent in timely paying these invoice and will pay the invoice within days of receipt. If the response in this matter is included in the July 2015 batch Plaintiff should receive it in the early part of August 2015.

Plaintiff's counsel will update the court as progress is made on service and subpoena responses and suggests the court reschedule the initial conferences in these matters in late August 2015 or early in September or when it is convenient to the court.

Respectfully submitted,

//JMJ
Jacqueline M. James (1845)

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423