**JACQUELINE M. JAMES, ESQ.**

The James Law Firm
445 Hamilton Avenue
Suite 1102
White Plains, NY 10601

T: (914) 358 6423
F: (914) 358 6424
jjameslaw@optonline.net
jacquelinejameslaw.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: SEP 08 2015

September 3, 2015

**SO ORDERED
The conference is adjourned to
October 20, 2015 at 9:30 a.m.**

SEP 08 2015

*George B. Daniels*
HON. GEORGE B. DANIELS

The Honorable Judge George B. Daniels
United States District Court
500 Pearl Street
New York, NY 10007-1312

*Re: 1:15-cv-06207-GBD, 1:15-cv-04720-GBD and 1:15-cv-03134-GBD, Initial Pretrial Conference Scheduled for September 8, 2015 at 9:30 AM*

Dear Judge George B. Daniels:

The James Law Firm, PLLC represents Plaintiff in the above captioned matters. These cases have been filed as a John Doe against the internet subscriber assigned the referenced IP address. The Defendant's name and address is not presently known to Plaintiff.

Plaintiff will be filing Motion for Leave to Serve a Third Party Subpoena on the Defendant's Internet Service Provider for all three matters. For 1:15-cv-04720-GBD and 1:15-cv-03134-GBD, the motions were granted on July 20, 2015 and were promptly served on the ISP. The ISP has until September 7, 2015 to respond with Defendant's identifying information. The motion for 1:15-cv-06207-GBD has not been ruled on. The Court has adjourned the initial hearing in 1:15-cv-06207 until October 20, 2015 at 9:30a.m.

There is an Initial Pretrial Conference scheduled for September 8, 2015 at 9:30 AM for 15-cv-4720 and 15-cv-3134 and Plaintiff has not yet received responses from the ISPs. Prior to the conference, the parties are to confer and submit to the Court a proposed case management plan. Being that Defendants' identity remains unknown in all these cases, said conferral cannot take place at this time. Plaintiff respectfully requests that the Initial Pretrial conference set for September 8, 2015 at 9:30 a.m. in 15-cv-4720 and 15-cv-3134 be adjourned until October 20, 2015 at 9:30a.m. also.

Respectfully Submitted,

By: *Jacqueline M. James*
Jacqueline M. James, Esq. (1845)
The James Law Firm, PLLC
445 Hamilton Avenue, Suite 1102
White Plains, New York 10601
T: 914-358-6423
F: 914-358-6424
E-mail: jjameslaw@optonline.net